## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Song A. Copeland,                                    Civil No. 08-2876 (RHK/AJB)

       Plaintiff,                          **DISQUALIFICATION AND**
                                                       **ORDER FOR REASSIGNMENT**

vs.

Wyeth and its divisions, Wyeth
Pharmaceuticals, Inc.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 25, 2008

                                                            s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge